IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANA MUNOZ,

    Plaintiff,

v.                                                                                    No.: 1:22-cv-00982-DHU-SCY

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPNAY, ANITA SPRINGS,
and JOHN DOE,

    Defendants.

**ORDER EXTENDING CASE MANAGEMENT DEADLINES
AND VACATING/RESETTING TRIAL DATE**

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Case Management Deadlines and to Vacate and Reset Trial Date (Doc. 28), the Court having reviewed the pleadings, noting that the motion is unopposed, and finding good cause, hereby FINDS that the motion is well taken and should be Granted.

IT IS THEREFORE ORDERED that the current Amended Scheduling Order shall be and hereby is vacated. The new case management deadlines are as follows:

| | |
|---|---|
| a. Plaintiff's Rule 26(a)(2) expert disclosures due by: | January 22, 2024 |
| b. Defendants' Rule 26(a)(2) expert disclosures due by: | February 28, 2024 |
| c. Discovery deadline: | May 1, 2024 |
| d. Motions Relating to Discovery filed by: | May 21, 2024 |
| e. Pretrial Motions Other Than Discovery Motions filed by: | May 30, 2024 |

The presiding judge will reset the pretrial order deadlines and trial date by separate order.

*[Signature: Steve Yarbrough]*

THE HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Jacob J. Salazar*
Jacob J. Salazar
P.O. Box 25582
Albuquerque, New Mexico 87125
(505) 312-7605
thesalazarlawfirm@gmail.com
*Attorney for Plaintiff*

*Approved via e-mail on 12/04/2023*
Todd A. Schwarz
Miller Stratvert, P.A.
Post Office Box 25687
Albuquerque, NM 87125-0687
*Attorneys for Defendant*